1  MARK EMMETT, SBN 182053
SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
3  CHICO, CA 95926
Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6  ERIC D. DEAN, SBN 56854
LAW OFFICES OF ERIC D. DEAN
7  201 East Sandpointe, Suite 200
Santa Ana, CA 92707
8  Telephone: (714) 641-3914
Fax: (714) 641-3924
9
Attorney for Defendant
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILSON, | Case No. CIV. S-06-01079-DFL-GGH |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| EMBASSY INVESTMENTS, L.L.C. dba HOLIDAY INNSELECT, | |
| Defendant. _____/ | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, RONALD WILSON, and defendant, EMBASSY INVESTMENTS, L.C.C. dba HOLIDAY INN SELECT, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: August 23, 2006        DISABLED ADVOCACY GROUP, APLC

/s/ Mark Emmett, Esquire
MARK EMMETT
Attorney for Plaintiff

Dated: August 22, 2006        LAW OFFICES OF ERIC D. DEAN

/s/ Eric D. Dean
ERIC D. DEAN
Attorney for Defendant

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-01079-DFL-GGH is hereby dismissed with prejudice.

Dated: 8/24/2006

DAVID F. LEVI
United States District Judge